EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Luis E. Dubón Otero | 2018 TSPR 202 <br><br> 201 DPR ____ |

Número del Caso:  TS-1962

Fecha: 14 de diciembre de 2018

Abogados del peticionario:

        Lcdo. Guillermo Figueroa Prieto
        Lcdo. Mario Rodríguez Torres

Oficina del Procurador General:

        Lcdo. Isaías Sánchez Báez
        Procurador General

        Lcda. Yaizamarie Lugo Fontánez
        Procuradora General Auxiliar

Comisión de Reputación:

        Lcdo. Guillermo Arbona Lago
        Lcda. Jocelyn López Vilanova
        Lcda. Belén Guerrero Calderón
        Dr. Robert Stolberg
        Sr. Bruno Cortez Trigo
        Lcdo. Miguel Candelario Piñeiro

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Dubón Otero

TS-1962

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de diciembre de 2018.

Examinado el Informe presentado por la Oficina del Procurador General, el Informe y recomendación de la Comisión de Reputación y la contestación a ambos por el peticionario, se reinstala al Lcdo. Luis E. Dubón Otero al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

Jose Ignacio Campos Pérez
Secretario del Tribunal Supremo